IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANH NGUYEN, | 1:07-cv-1837 OWW-DLB (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PETITIONER'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| J. HARTLEY, | |
| Respondent. | (DOCUMENT #12) |
| _____/ | THIRTY DAY DEADLINE |

Respondent's first request for an extension of time to file a Reply to Petitioner's Objections as to the Findings and Recommendations was considered by the Court, and Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent shall file a Reply by October 24, 2008.


IT IS SO ORDERED.

Dated:   **October 6, 2008**          **/s/ Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE