1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

THANH NGUYEN,                                  1:07-cv-01837 OWW DLB (HC)

                    Petitioner,        ORDER GRANTING PETITIONER'S
                                       MOTION TO PROCEED IN FORMA
        v.                             PAUPERIS ON APPEAL (Doc. 17)

                                       ORDER DIRECTING CLERK OF COURT TO
J. HARTLEY,                            SERVE COPY OF ORDER ON NINTH
                                       CIRCUIT COURT OF APPEALS
                    Respondent.
                                                    /

        On November 24, 2008, the instant petition for writ of habeas corpus was denied on the

merits and judgment was entered in favor of Respondent.  (Court Docs. 15, 16.)

        On December 4, 2008, Petitioner filed a notice of appeal and a motion to proceed in

forma pauperis. (Court Docs. 17, 18.)

        A party who was permitted to proceed in forma pauperis in the district court may proceed

in forma pauperis on appeal without further authorization unless the district court certifies that

the appeal is not taken in good faith.  See Fed. R. App. P. 24(a)(3).  In this case, Petitioner paid

the filing fee and did not proceed in this Court in forma pauperis.  Thus, Petitioner is not

automatically entitled to proceed in forma pauperis on appeal.

        Rule 24(a)(1) of the Federal Rules of Appellate Procedure states that a party who desires

to appeal in forma pauperis must file a motion in the district court and attach to that motion a

completed application to proceed in forma pauperis, along with the issues the party intends to

present on appeal.  Examination of petitioner's application to proceed in forma pauperis reveals

1

that petitioner is unable to afford the costs of an appeal.  Accordingly, the application to proceed in forma pauperis on appeal is GRANTED.  See 28 U.S.C. § 1915.  The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.


IT IS SO ORDERED.

**Dated:**   __**December 12, 2008**__                   _____/s/ **Dennis L. Beck**_____
                                                        UNITED STATES MAGISTRATE JUDGE